940 So.2d 1200 (2006)
M.U., and O.U., Individually, etc., Appellant,
v.
DEPARTMENT OF CHILDREN AND FAMILIES, Appellee.
No. 5D06-467.
District Court of Appeal of Florida, Fifth District.
October 24, 2006.
Jerri A. Blair, Tavares, for Appellant.
Ralph J. McMurphy, of Department of Children & Families, Wildwood, for Appellee.
PER CURIAM.
AFFIRMED. See Guardian Ad Litem Program v. Department of Children and Families, 936 So.2d 1183 (Fla. 5th DCA 2006).
SAWAYA, ORFINGER and EVANDER, JJ., concur.